# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-62184-CIV-SMITH

DAVID MAILHOT,

        Plaintiff,

v.

AMERICORE INTERNATIONAL REALTY LLC
d/b/a SELLSTATE RESULTS REALTY, INC.,

        Defendant.

_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 27]. Upon consideration, it is

**ORDERED** that

1) the parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 no later than **March 20, 2020**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 16th day of March 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record