**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62184-CIV-SMITH**

DAVID MAILHOT,

        Plaintiff,

v.

SELLSTATE RESULTS REALTY, INC.,

        Defendant.

_____/

**ORDER DISMISSING CASE**

This matter is before the Court on the parties' Joint Stipulation of Dismissal [DE 29]. Upon consideration, it is

    **ORDERED** that

    1) All claims of Plaintiff David Mailhot are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

    2) All claims of any unnamed member of the putative class are hereby **DISMISSED WITHOUT PREJUDICE.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of March 2020.

                                          RODNEY SMITH
                                          UNITED STATES DISTRICT JUDGE

cc: counsel of record